In re:  

    Pamela Ann Bush,

        Debtor.

Case No. 24-00497-MJC

Chapter 7

## Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents

**AND NOW**, Debtor Pamela Ann Bush, by and through their attorney, moves this Court to extend time to file schedules, statements, and other documents. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 7 on February 29, 2024.
2. The schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) ("the Schedules") were not filed with the petition.
3. A debtor may request an extension of time to file the Schedules upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).
4. The Debtor is still gathering some of the information required by Counsel to prepare the Schedules and needs extra time to do so.
5. The Debtor requests an extension to file the Schedules on or before April 11, 2024.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: March 28, 2024

CIBIK LAW, P.C.  
*Counsel for Debtor*

By: /s/ Michael A. Cibik  
    Michael A. Cibik (#23110)  
    1500 Walnut Street, Suite 900  
    Philadelphia, PA 19102  
    215-735-1060  
    mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents to be served on all parties on the clerk's service list through the CM/ECF system.

Date: March 28, 2024

/s/ Michael A. Cibik  
Michael A. Cibik