**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Pamela Ann Bush,<br><br>                Debtor. | Case No. 24-00497-MJC<br><br>Chapter 7 |

**Order Granting Debtor's Motion to Extend Time**
**to File Schedules, Statements, and Other Documents**

    **AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) ("the Schedules") on or before April 11, 2024.

3. This case may be dismissed without further notice if the Schedules are not filed by the deadline stated in paragraph 2.

4. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.