IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PAMELA ANN BUSH | : | CASE NO. 5:24-BK-00497-MJC |
| | : | |
| DEBTOR | : | |

## **ORDER**

Upon consideration of Debtor's Second Motion for an Extension of Time to File Schedules, Statements, and other Required Documents, the United States Trustee's Objection to same, and the record as a whole, it is HEREBY ORDERED:

1. The Objection of the United States Trustee is SUSTAINED; and

2. Debtor's Second Motion for an Extension of Time is DENIED.