| Debtor 1 | **Pamela** | **Ann** | **Bush** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **Pennsylvania**

Case number **5:24-bk-00497**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **What is the property?** Check all that apply.

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   1.1 **1013 Sterling St**
   Street address, if available, or other description

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$115,573.50** | **$57,786.75** |

   **Scranton, PA 18508-2402**
   City       State       ZIP Code

   _____
   County

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Tenants in Common**

   ☐ **Check if this is community property** (see instructions)

   **Other information you wish to add about this item, such as local property identification number:** _____

   **Source of Value:** **Redfin ($128,415 less 10% closing costs)**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ....................................... ➜

   | **$57,786.75** |
   |---|

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

3.1    Make:      **Volvo**

Model:      **XC60**

Year:      **2014**

Approximate mileage:    **140000**

Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,870.00 | $1,870.00 |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................... ➡    $1,870.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.   **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe. .........  Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less.     $950.00

7.   **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☑ Yes. Describe. .........  Various used televisions, mobile devices, and computers, each valued at $600 or less.     $350.00

8.   **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☑ No
- ☐ Yes. Describe. .........

9.   **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ☑ No
- ☐ Yes. Describe. .........

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. .........

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| Various used articles of clothing, shoes, and accessories, each valued at $600 or less. | $250.00 |
|---|---|

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| Various used pieces of jewelry. | $75.00 |
|---|---|

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. ............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................................. ➜  | **$1,625.00** |

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ....................................................................................................................................  Cash: ...................

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................                 Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **Penn East Federal Credit Union** | $2,861.93 |
| 17.2. Savings account: | **Penn East Federal Credit Union** | $5.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific
      information about
      them....................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
      information about
      them....................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
      account separately.

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
      others

    ☑ No

    ☐ Yes ....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific
      information about them. ...

Case 5:24-bk-00497-MJC     Doc 16-1     Filed 04/01/24     Entered 04/01/24 16:28:42     Desc
Main Document      Page 4 of 48

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them. ...

**27.** **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
them, including whether you
already filed the returns and
the tax years. ...................

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
settlement

☑ No

☐ Yes. Give specific information. ........

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

**31.** **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

**32.** **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

☑ No

☐ Yes. Give specific information. ........

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

| 34. | **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

☑ No

☐ Yes. Describe each claim. ..............

| 35. | **Any financial assets you did not already list** |
|---|---|

☑ No

☐ Yes. Give specific information. ........

| 36. | **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................... | ➡ | $2,866.93 |
|---|---|---|---|

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| 37. | **Do you own or have any legal or equitable interest in any business-related property?** |
|---|---|

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

| 45. | **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................... | ➡ | $0.00 |
|---|---|---|---|

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

| 46. | **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?** |
|---|---|

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

| 52. | **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................... | ➡ | $0.00 |
|---|---|---|---|

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

| 53. | **Do you have other property of any kind you did not already list?** |
|---|---|

*Examples:*  Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............   | Avoidable property transfer of proceeds from sale of Lot No. 45 on Ferdinand St as listed on statement of financial affairs | $16,976.00 |

| 54. | **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................ | ➡ | $16,976.00 |
|---|---|---|---|

---

**Part 8:**   List the Totals of Each Part of this Form

| 55. | **Part 1: Total real estate, line 2** ............................................................................................................. | ➡ | $57,786.75 |
|---|---|---|---|

| 56. | **Part 2: Total vehicles, line 5** | $1,870.00 |
|---|---|---|

| 57. | **Part 3: Total personal and household items, line 15** | $1,625.00 |
|---|---|---|

| | | |
|---|---|---|
| 58. | **Part 4: Total financial assets, line 36** | $2,866.93 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $16,976.00 |
| 62. | **Total personal property.** Add lines 56 through 61. .............. | $23,337.93    Copy personal property total ➜   + $23,337.93 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................ | $81,124.68 |

Fill in this information to identify your case:

Debtor 1 **Pamela** **Ann** **Bush**
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)
First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **Middle District of Pennsylvania**

Case number **5:24-bk-00497**
(if known)

☐ Check if this is an
amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt
**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: 1013 Sterling St Scranton, PA 18508-2402 / Line from *Schedule A/B:* 1.1 | $57,786.75 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: 2014 Volvo XC60 / Line from *Schedule A/B:* 3.1 | $1,870.00 | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| | | ☑ $0.00 / ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 8 of 48

## Part 2:  Additional Page

3.  **Are you claiming a homestead exemption of more than $189,050?**

    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document      Page 9 of 48

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less.  Line from *Schedule A/B:* ___6___ | $950.00 | ☑ $950.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:  Various used televisions, mobile devices, and computers, each valued at $600 or less.  Line from *Schedule A/B:* ___7___ | $350.00 | ☑ $350.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:  Various used articles of clothing, shoes, and accessories, each valued at $600 or less.  Line from *Schedule A/B:* ___11___ | $250.00 | ☑ $250.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:  Various used pieces of jewelry.  Line from *Schedule A/B:* ___12___ | $75.00 | ☑ $75.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:  Penn East Federal Credit Union  Checking account  Line from *Schedule A/B:* ___17___ | $2,861.93 | ☑ $2,861.93  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:  Penn East Federal Credit Union  Savings account  Line from *Schedule A/B:* ___17___ | $5.00 | ☑ $5.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:  Avoidable property transfer of proceeds from sale of Lot No. 45 on Ferdinand St as listed on statement of financial affairs  Line from *Schedule A/B:* ___53___ | $16,976.00 | ☑ $12,558.07  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 10 of 48

Fill in this information to identify your case:

Debtor 1    **Pamela**          **Ann**          **Bush**

            First Name          Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: _____ Middle _____ District of _____ Pennsylvania

Case number (if  5:24-bk-00497
known)

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | Do not deduct the value of collateral. | | If any |

**2.1** Penn East F C U

Creditor's Name

851 Commerce Blvd

Number        Street

Scranton, PA 18519

City          State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred     8/1/2019

Describe the property that secures the claim:      $39,098.90      $57,786.75      $0.00

1013 Sterling St Scranton, PA 18508-2402

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    0   8   1   9

| Add the dollar value of your entries in Column A on this page. Write that number here: | $39,098.90 |
|---|---|

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** PSECU

Creditor's Name

Attention: Bankruptcy

PO Box 67013

Number    Street

Harrisburg, PA 17106

City    State    ZIP Code

**Describe the property that secures the claim:**    $9,323.00    $1,870.00    $7,453.00

2014 Volvo XC60

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    4/1/2021

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    0   0   0   4

---

**2.3** PSECU

Creditor's Name

Attention: Bankruptcy

PO Box 67013

Number    Street

Harrisburg, PA 17106

City    State    ZIP Code

**Describe the property that secures the claim:**    $53,337.89    $57,786.75    $0.00

1013 Sterling St Scranton, PA 18508-2402

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    ___ ___ ___ ___

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $62,660.89 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $101,759.79 |

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

Fill in this information to identify your case:

| Debtor 1 | **Pamela** | **Ann** | **Bush** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Middle _____ District of _____ Pennsylvania

Case number 5:24-bk-00497
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____

Priority Creditor's Name

_____

Number       Street

_____

City          State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a
community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**   Amex

Nonpriority Creditor's Name

Correspondence/Bankruptcy

PO Box 981540

Number      Street

El Paso, TX 79998-1540

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   1   5   8   3      $2,367.00

**When was the debt incurred?**   2/1/2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

**4.2**   Capital One

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 30285

Number      Street

Salt Lake City, UT 84130-0285

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   4   1   5   8      $4,071.00

**When was the debt incurred?**   5/1/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.3**   Capital One

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 30285

Number          Street

Salt Lake City, UT 84130-0285

City            State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    0   8   9   8

**When was the debt incurred?**      10/1/2019

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

$1,240.00

---

**4.4**   Capital One

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 30285

Number          Street

Salt Lake City, UT 84130-0285

City            State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    4   3   2   6

**When was the debt incurred?**      3/1/2015

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

$429.00

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page _3_ of _14_

## Part 2:    Your NONPRIORITY Unsecured Claims − Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.5** Capital One/Walmart

Nonpriority Creditor's Name

Attn: Bankruptcy

P.O. Box 30285

Number          Street

Salt Lake City, UT 84130-0285

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    0    7    6    4          $672.00

**When was the debt incurred?**        1/1/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   ChargeAccount

---

**4.6** Chase Card Services

Nonpriority Creditor's Name

Attn: Bankruptcy

P.O. 15298

Number          Street

Wilmington, DE 19850

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    9    4    5    5          $739.00

**When was the debt incurred?**        8/1/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

---

**4.7** Citibank

Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized Bankruptcy

PO Box 790040

Number          Street

St Louis, MO 63179-0040

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    6    7    9    8          $2,183.00

**When was the debt incurred?**        10/1/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

---

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document     Page 16 of 48

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.       **Total claim**

---

**4.8** Citibank/The Home Depot

Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized Bankrupty

PO Box 790040

Number     Street

St Louis, MO 63179-0040

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   2   3   5   0      $1,367.00

**When was the debt incurred?**      11/1/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   ChargeAccount

---

**4.9** Discover Financial

Nonpriority Creditor's Name

Attn: Bankruptcy

2500 Lake Cook Rd

Number     Street

Riverwoods, IL 60015-3851

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   3   2   0   7      $2,833.00

**When was the debt incurred?**      6/1/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

---

**4.10** Discover Financial

Nonpriority Creditor's Name

Attn: Bankruptcy

2500 Lake Cook Rd

Number     Street

Riverwoods, IL 60015-3851

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   8   4   8   3      $622.00

**When was the debt incurred?**      9/1/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

---

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document     Page 17 of 48

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.11** DSRM Nat Bank/Valero

Nonpriority Creditor's Name

Attn: Bankruptcy

One Valero Way

Number          Street

San Antonio, TX 78249

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    0    0    0    0          $619.00

When was the debt incurred?            10/1/2020

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   ChargeAccount

---

**4.12** Fnb Omaha

Nonpriority Creditor's Name

Attn: Bankruptcy

P.O. Box 3128

Number          Street

Omaha, NE 68103

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    7    8    9    4          $51.00

When was the debt incurred?            10/1/2019

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

---

**4.13** Fortiva

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 105555

Number          Street

Atlanta, GA 30348-5555

City            State            ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    9    5    8    1          $2,640.00

When was the debt incurred?            6/1/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                    **Total claim**

---

**4.14**  Goldman Sachs Bank USA                    Last 4 digits of account number    1   8   4   8          $5,511.00
Nonpriority Creditor's Name

Attn: Bankruptcy                                   When was the debt incurred?            10/1/2019

200 West St
Number          Street                             **As of the date you file, the claim is:** Check all that apply.
New York, NY 10282-2102                            ☐ Contingent
City              State           ZIP Code         ☐ Unliquidated
                                                   ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another            priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other. Specify   CreditCard
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.15**  Goldman Sachs Bank USA                    Last 4 digits of account number    4   8   0   7          $1,730.00
Nonpriority Creditor's Name

Attn: Bankruptcy                                   When was the debt incurred?            7/1/2022

200 West St
Number          Street                             **As of the date you file, the claim is:** Check all that apply.
New York, NY 10282-2102                            ☐ Contingent
City              State           ZIP Code         ☐ Unliquidated
                                                   ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another            priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other. Specify   CreditCard
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.16**  Kohl's                                    Last 4 digits of account number    9   0   6   1          $214.00
Nonpriority Creditor's Name

Attn: Credit Administrator                         When was the debt incurred?            12/1/2018

PO Box 3043
Number          Street                             **As of the date you file, the claim is:** Check all that apply.
Milwaukee, WI 53201-3043                           ☐ Contingent
City              State           ZIP Code         ☐ Unliquidated
                                                   ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                    ☐ Student loans
☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ At least one of the debtors and another            priority claims
☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ☑ Other. Specify   ChargeAccount
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 19 of 48

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.17**   Macy's/ DSNB

Nonpriority Creditor's Name

Atytn: Bankruptcy 701 E. 60th Street North

Number     Street

Sioux Falls, SD 57104

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   2   7   4   3     $1,012.00

**When was the debt incurred?**     12/1/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   ChargeAccount

---

**4.18**   Mercury/FBT

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 84064

Number     Street

Columbus, GA 31908

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   1   6   4   7     $3,185.00

**When was the debt incurred?**     11/1/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

---

**4.19**   PSECU

Nonpriority Creditor's Name

Attention: Bankruptcy

PO Box 67013

Number     Street

Harrisburg, PA 17106

City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   0   0   0   1     $10,108.00

**When was the debt incurred?**     5/1/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

---

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 20 of 48

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.20  Syncb/ebay
Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060
Number          Street

Orlando, FL 32896-5060
City              State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    2   4   0   6    $807.00

**When was the debt incurred?**    9/1/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

### 4.21  Syncb/Verizon
Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060
Number          Street

Orlando, FL 32896-5060
City              State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    1   3   0   4    $2,331.00

**When was the debt incurred?**    10/1/2021

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

### 4.22  Synchrony Bank
Nonpriority Creditor's Name

Attn: Bankruptcy

777 Long Ridge Rd
Number          Street

Stamford, CT 06902-1247
City              State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    4   8   1   3    $1,282.00

**When was the debt incurred?**    2/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document      Page 21 of 48

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.23**

Synchrony Bank/Amazon
Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060
Number              Street

Orlando, FL 32896-5060
City                State              ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6    2    7    7          $2,434.00

**When was the debt incurred?**          8/1/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    ChargeAccount

---

**4.24**

Synchrony Bank/Care Credit
Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060
Number              Street

Orlando, FL 32896-5060
City                State              ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6    0    9    3          $442.00

**When was the debt incurred?**          1/1/2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    CreditCard

---

**4.25**

Synchrony Bank/Gap
Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060
Number              Street

Orlando, FL 32896-5060
City                State              ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4    7    7    0          $2,433.00

**When was the debt incurred?**          5/1/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    CreditCard

---

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document      Page 22 of 48

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | **Total claim** |

---

**4.26** Synchrony Bank/Lowes

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060

Number              Street

Orlando, FL 32896-5060

City                State              ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   1   1   2   3          $900.00

**When was the debt incurred?**        5/1/2023

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   ChargeAccount

---

**4.27** Synchrony Bank/Sams

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060

Number              Street

Orlando, FL 32896-5060

City                State              ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   3   5   6   3          $317.00

**When was the debt incurred?**        10/1/2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   ChargeAccount

---

**4.28** Synchrony Bank/Sams Club

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060

Number              Street

Orlando, FL 32896-5060

City                State              ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0   6   1   8          $1,875.00

**When was the debt incurred?**        3/1/2021

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

---

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document      Page 23 of 48

| **Part 2:** | **Your NONPRIORITY Unsecured Claims – Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

### 4.29 Synchrony/HSN

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060

Number      Street

Orlando, FL 32896-5060

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   1   6   6   9     $394.00

**When was the debt incurred?**    10/1/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   ChargeAccount

### 4.30 Synchrony/PayPal Credit

Nonpriority Creditor's Name

Attn: Bankruptcy

PO Box 965060

Number      Street

Orlando, FL 32896-5060

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   8   9   4   9     $4,143.00

**When was the debt incurred?**    12/1/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

### 4.31 Target NB

Nonpriority Creditor's Name

C/O Financial & Retail Services

Mailstop BT PO Box 9475

Number      Street

Minneapolis, MN 55440

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   1   4   2     $330.00

**When was the debt incurred?**    11/1/2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   CreditCard

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 24 of 48

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.32**   Upgrade, Inc.                                              Last 4 digits of account number    5  3  1  9                    $519.00

Nonpriority Creditor's Name

Attn: Bankruptcy                                              **When was the debt incurred?**            8/1/2022

2 N Central Ave Fl 10

Number            Street                                     **As of the date you file, the claim is:** Check all that apply.

Phoenix, AZ 85004-2322                                       ☐ Contingent

City                 State                ZIP Code           ☐ Unliquidated
                                                             ☐ Disputed
**Who incurred the debt?** Check one.

☑ Debtor 1 only                                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                                              ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another                       priority claims

☐ **Check if this claim is for a community debt**            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                             ☑ Other. Specify   CheckCreditOrLineOfCredit
**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.33**   Wells Fargo Bank NA                                    Last 4 digits of account number    0  3  7  8                    $1,697.00

Nonpriority Creditor's Name

Attn: Bankruptcy                                              **When was the debt incurred?**            3/1/2022

1 Home Campus MAC X2303-01A 3rd Floor

Number            Street                                     **As of the date you file, the claim is:** Check all that apply.

Des Moines, IA 50328                                         ☐ Contingent

City                 State                ZIP Code           ☐ Unliquidated
                                                             ☐ Disputed
**Who incurred the debt?** Check one.

☑ Debtor 1 only                                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only                                              ☐ Student loans

☐ Debtor 1 and Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ At least one of the debtors and another                       priority claims

☐ **Check if this claim is for a community debt**            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                             ☑ Other. Specify   CreditCard
**Is the claim subject to offset?**

☑ No

☐ Yes

---

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $61,497.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $61,497.00 |

Fill in this information to identify your case:

| Debtor 1 | **Pamela** | **Ann** | **Bush** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Pennsylvania**

Case number **5:24-bk-00497**
(if known)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number Street | |
| | City State ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number Street | |
| | City State ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number Street | |
| | City State ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number Street | |
| | City State ZIP Code | |

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 27 of 48

| Debtor 1 | **Pamela** | **Ann** | **Bush** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ Middle _____ District of _____ Pennsylvania _____

Case number  5:24-bk-00497
(if known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number    Street

    _____
    City    State    ZIP Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.1**
Bush, Paul Alfonso
Name

4920 Nw Dunn Rd Fl 2
Number    Street

Fort Pierce, FL 34981-5031
City    State    ZIP Code

    ☑ Schedule D, line   2.3
    ☐ Schedule E/F, line _____
    ☐ Schedule G, line _____

**3.2**
_____
Name

_____
Number    Street

_____
City    State    ZIP Code

    ☐ Schedule D, line _____
    ☐ Schedule E/F, line _____
    ☐ Schedule G, line _____

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 28 of 48

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **Ann** | **Bush** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Middle District of Pennsylvania** | |
| Case number (if known) | **5:24-bk-00497** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed ☑ Not Employed | ☐ Employed ☑ Not Employed |
| Occupation | | Disabled | |
| Employer's name | | | |
| Employer's address | | | |
| | | Number Street | Number Street |
| | | | |
| | | | |
| | | City       State    Zip Code | City       State    Zip Code |
| How long employed there? | | _____ | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. + | $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $0.00 |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.................................................................→ 4. | $0.00 | $0.00 |
| 5. | List all payroll deductions: | | |
| | 5a. **Tax, Medicare, and Social Security deductions** 5a. | $0.00 | $0.00 |
| | 5b. **Mandatory contributions for retirement plans** 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ 5h. + | $0.00 + | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $0.00 | $0.00 |
| 8. | List all other income regularly received: | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** 8e. | $0.00 | $1,573.00 |
| | 8f. **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____ 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ 8h. + | $0.00 + | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. | $0.00 | $1,573.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse 10. | $0.00 + | $1,573.00 = $1,573.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. +    $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $1,573.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 30 of 48

Fill in this information to identify your case:

| Debtor 1 | **Pamela** | **Ann** | **Bush** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Pennsylvania**

Case number **5:24-bk-00497**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $685.00 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $50.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $50.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $0.00 |

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $125.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $165.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $500.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $40.00 |
| 10. | **Personal care products and services** | 10. | $60.00 |
| 11. | **Medical and dental expenses** | 11. | $80.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $175.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $15.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $200.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 _____ 2014 Volvo XC60 _____ | 17a. | $275.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

21. **Other.** Specify: _____     21.   **+**        $0.00

22. **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.           22a.      $2,420.00

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2        22b.      $0.00

     22c. Add line 22a and 22b. The result is your monthly expenses.        22c.      $2,420.00

23. **Calculate your monthly net income.**

     23a. Copy line 12 (your combined monthly income) from *Schedule I.*        23a.      $1,573.00

     23b. Copy your monthly expenses from line 22c above.        23b.   **−**      $2,420.00

     23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*        23c.      ($847.00)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.

     ☐ Yes.     None

| Debtor 1 | **Pamela** | **Ann** | **Bush** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Pennsylvania**

Case number (if known) **5:24-bk-00497**

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................. | $57,786.75 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................. | $23,337.93 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................. | $81,124.68 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $101,759.79 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $61,497.00 |
| **Your total liabilities** | $163,256.79 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | $1,573.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................................... | $2,420.00 |

Case 5:24-bk-00497-MJC   Doc 16-1   Filed 04/01/24   Entered 04/01/24 16:28:42   Desc
Main Document      Page 34 of 48

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$0.00

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/03/24    Entered 04/01/24 16:28:42    Desc
Main Document      Page 35 of 48

Fill in this information to identify your case:

| Debtor 1 | **Pamela** | **Ann** | **Bush** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Pennsylvania**

Case number **5:24-bk-00497**
(if known)

☐ Check if this is an
amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____

Pamela Ann Bush, Debtor 1

Date 04/01/2024
     MM/ DD/ YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamela** | **Ann** | **Bush** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Middle District of Pennsylvania** | |
| Case number (if known) | **5:24-bk-00497** | | |

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 |
|---|---|---|---|
| | | | |

| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross Income from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Husband's Social Security Disability | $4,719 (est.) | | |
| **For last calendar year:**<br>(January 1 to December 31, 2023    )<br>YYYY | Husband's Social Security Disability | $18,381 (est.) | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022    )<br>YYYY | Husband's Social Security Disability | $18,336 (est.) | | |

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document      Page 38 of 48

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Paul Alfonso Bush | 03/01/2024 | $16,976.00 | $0.00 | |
| Insider's Name | | | | |
| 4920 Nw Dunn Rd Fl 2 | | | | |
| Number    Street | | | | |
| Fort Pierce, FL 34981-5031 | | | | |
| City            State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 39 of 48

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

---

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cibik Law, P.C.<br>Person Who Was Paid | Attorney's Fee and Cost | 2/29/2024 | $2,575.00 |
| 1500 Walnut Street Suite 900<br>Number      Street | | | |
| Philadelphia, PA 19102<br>City               State     ZIP Code | | | |
| mail@cibiklaw.com<br>Email or website address | | | |
| Paul Bush<br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document        Page 40 of 48

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| La D Rei, LLC<br>Person Who Received Transfer<br><br>16 Mount Bethel Rd # 268<br>Number   Street<br><br>Warren, NJ 07059-5604<br>City      State    ZIP Code<br><br>Person's relationship to you<br>None | Lot No. 45 on Ferdinand St on a certain property entitled "Electric City Park" in the City of Scranton, worth $16,976 ($20,000 less taxes and fees) | $16,976 received from La D Rei, LLC in exchange for Lot No. 45 | 02/06/2024 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 42 of 48

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X** _____

Signature of Pamela Ann Bush, Debtor 1

Date 04/01/2024


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document    Page 43 of 48

Fill in this information to identify your case:

Debtor 1   **Pamela**        **Ann**           **Bush**
           First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)
           First Name        Middle Name       Last Name

United States Bankruptcy Court for the:        **Middle District of Pennsylvania**

Case number          **5:24-bk-00497**
(if known)

☐ Check if this is an
   amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---------|---------------------------------------------|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Penn East F C U**<br><br>Description of property securing debt: **1013 Sterling St Scranton, PA 18508-2402** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **pay.** | ☑ No<br>☐ Yes |
| Creditor's name: **PSECU**<br><br>Description of property securing debt: **2014 Volvo XC60** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: **pay.** | ☑ No<br>☐ Yes |

Case 5:24-bk-00497-MJC    Doc 16-1    Filed 04/01/24    Entered 04/01/24 16:28:42    Desc
Main Document      Page 44 of 48

## Additional Page for Part 1

| | | |
|---|---|---|
| Creditor's name: | **PSECU** | ☐ Surrender the property. | ☑ No |

Creditor's name: **PSECU**

Description of property securing debt: **1013 Sterling St Scranton, PA 18508-2402**

☐ Surrender the property.

☐ Retain the property and redeem it.

☐ Retain the property and enter into a *Reaffirmation Agreement.*

☑ Retain the property and [explain]:
**pay.**

☑ No

☐ Yes

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
| --- | --- |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X _____

Signature of Debtor 1

Date 04/01/2024
MM/ DD/ YYYY

# United States Bankruptcy Court
## Middle District of Pennsylvania

**In re**     Bush, Pamela Ann

Case No. _____5:24-bk-00497_____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................................. $2,575.00

   Prior to the filing of this statement I have received ................................................................. $2,575.00

   Balance Due ................................................................................................................ $0.00

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)     Paul Bush

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Continued Meeting of Creditor Hearings, Addition of Creditors after Filing Petition, Motions to Avoid Liens, Motions for Relief from the Automatic Stay, Motions to Dismiss Case, Adverserial Proceedings & Discharge Litigation, Depositions, Asset Cramdowns, Objection to Proof of Claims, Certification of Stipulation Defaults, Motions for Plan Modifications, Motions for Reconsideration, Vacate Wage Orders, Praceipe for Discharge, Bankruptcy Chapter Conversions, Redemption of Property, Lexis & Pacer Research, Credit, Property, Judgements, & Liens Reports. The above legal services will be billed at a hourly rate of up to $600 per hour per attorney and $200 per hour per paralegal.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/01/2024
_Date_

Michael A. Cibik
_Signature of Attorney_

Bar Number: 23110
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060

Cibik Law, P.C.
_Name of law firm_

---