UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Pamela Ann Bush,

Debtor.

Case No. 5:24-00497-MJC

Chapter 7

**Order Granting Debtor's Second Motion to Extend Time
to File Schedules, Statements, and Other Documents**

Upon consideration of the Debtor's Second Motion to Extend Time to File Schedules, Statements, and Other Documents, Dkt. # 14 ("Motion"), the United States Trustee's Objection filed thereto, Dkt. # 15, and subsequent withdrawal thereof on the record at a hearing held on April 12, 2024,

**IT IS HEREBY ORDERED** that:

1. The motion is **GRANTED**.
2. The Debtor must file any and all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. 1007(b) on or before April 9, 2024.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 12, 2024