United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Pamela Ann Bush  
    Debtor

Case No. 24-00497-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jun 18, 2024      Form ID: 318      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pamela Ann Bush, 1013 Sterling St, Scranton, PA 18508-2402 |
| 5599880 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 5599886 | + | Level One/mls, 400 Quincy St, Hancock, MI 49930-1839 |
| 5599889 | + | Penn East F C U, 851 Commerce Blvd, Scranton, PA 18519-1761 |
| 5599894 | | Scranton Single Tax Office, 315 Franklin Ave, Scranton, PA 18503-1201 |
| 5599912 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jun 18 2024 18:41:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5601088 | + | Email/Text: bkfilings@zwickerpc.com | Jun 18 2024 18:41:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5599862 | | Email/PDF: bncnotices@becket-lee.com | Jun 18 2024 18:48:30 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5599865 | | EDI: CRFRSTNA.COM | Jun 18 2024 22:41:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 5599863 | | EDI: CAPITALONE.COM | Jun 18 2024 22:41:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5599864 | | EDI: CAPITALONE.COM | Jun 18 2024 22:41:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5599867 | | EDI: CITICORP | Jun 18 2024 22:41:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5599868 | | EDI: CITICORP | Jun 18 2024 22:41:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5599869 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Bank/Kingsize, ATTN: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5599870 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5599871 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5599872 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Notice Type | Date Sent | Recipient |
| --- | --- | --- | --- | --- |
| 5599873 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Capital/BBBmc, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5599875 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Capital/Forever 21, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5599874 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity Capital/famous, Attn: Bankruptcy POB 182125, Columbus, OH 43218-2125 |
| 5599876 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5599877 | + | EDI: WFNNB.COM | Jun 18 2024 22:41:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5599878 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2024 18:48:19 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5599879 | | EDI: DISCOVER | Jun 18 2024 22:41:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5599887 | | EDI: CITICORP | Jun 18 2024 22:41:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 5599881 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 18 2024 18:40:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5599882 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 18 2024 18:40:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5599883 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 18 2024 18:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5599884 | | EDI: IRS.COM | Jun 18 2024 22:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5599866 | | EDI: JPMORGANCHASE | Jun 18 2024 22:41:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5599885 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 18 2024 18:40:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5599888 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 18 2024 18:40:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5599890 | | Email/Text: fesbank@attorneygeneral.gov | Jun 18 2024 18:40:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5599893 | + | Email/Text: bankruptcynotices@psecu.com | Jun 18 2024 18:41:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5599891 | | EDI: PENNDEPTREV | Jun 18 2024 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5599891 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5599892 | ^ | MEBN | Jun 18 2024 18:40:23 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5599896 | | EDI: SYNC | Jun 18 2024 22:41:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599897 | | EDI: SYNC | Jun 18 2024 22:41:00 | Syncb/Verizon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599895 | | EDI: SYNC | Jun 18 2024 22:41:00 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599898 | + | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5599899 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599900 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599901 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599902 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599903 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599904 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599905 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599906 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599907 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599908 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony/Ebates, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599909 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599910 | EDI: SYNC | Jun 18 2024 22:41:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5599911 | + EDI: WTRRNBANK.COM | Jun 18 2024 22:41:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5599913 | ^ MEBN | Jun 18 2024 18:39:34 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5599914 | Email/Text: bknotice@upgrade.com | Jun 18 2024 18:40:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 5599915 | EDI: CAPITALONE.COM | Jun 18 2024 22:41:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5599916 | + EDI: WFFC2 | Jun 18 2024 22:41:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 53

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Michael A. Cibik | on behalf of Debtor 1 Pamela Ann Bush help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Pamela Ann Bush<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5872<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:24-bk-00497-MJC | |

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pamela Ann Bush

6/18/24

**By the court:**

*[signature]*

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2